UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )                Criminal No. 18-CR-10075-RGS-1
)
)
STEPHEN LESTER GRISWOLD )

### DEFENDANT'S EMERGENCY MOTION FOR CONDITIONAL RELEASE TO PERMIT HIM TO ATTEND FUNERAL SERVICES

Defendant Stephen Griswold, by his counsel, respectfully moves this Court to allow him a temporary, conditional release from custody in order to permit him to pay his last respects to his late father.

Mr. Griswold's father, Clifford S. Griswold, died Monday, October 7, 2019 in Arizona. Funeral services will be held tomorrow, Thursday, October 17, 2019 at the Charles F. Oteri and Son - Franklin Funeral Home, 33 Cottage Street, Franklin, MA 02038, 508-528-0011. http://www.franklinfuneral.com. As described in the attached obituary, visiting hours will be between 4-7pm with a service to follow at 7-8pm. Mr. Griswold's mother, Lisa Griswold, proposes to personally pick up Mr. Griswold earlier in the day and return him to custody at or before 9:30pm at night, and that she would be his custodian throughout the conditional release period. Accordingly, defendant asks for an order of temporary release, effective tomorrow at noon through to 9:30pm, whereupon he will return to custody.

Respectfully Submitted,
STEPHEN LESTER GRISWOLD
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2019.

/s/ *Charles P. McGinty*
Charles P. McGinty